IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARCO MIGUEL ROBERTSON,

    Plaintiff,

v.

CHARLES SAMUELS, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-14-097

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 26th day of February, 2014, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 3) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 3) is **ADOPTED**.

(2) Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 5) is **GRANTED**.

(3) The Complaint (Doc. 1) is **DISMISSED without prejudice** to Plaintiff filing an amended complaint to cure the defects identified in the Report and Recommendation within **twenty-one (21) days** from the date of entry of this Order.

(4) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge